IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANTEL JONES, Individually | § | |
| and as Representative of the | § | |
| Estate of Dameon Jones, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1300 |
| | § | |
| TETRA TECHNOLOGY, et al., | § | |
| Defendants. | § | |

ORDER

This case is before the Court on Plaintiff's Motion for Leave to File an Amended Pleading ("Motion to Amend") [Doc. # 16]. Defendants neither filed a response to the Motion to Amend nor requested additional time to do so.

The deadline for amendments to pleadings and the addition of new parties in this case was September 30, 2010, and Plaintiff's Motion to Amend was filed prior to that deadline. As a result, the Motion to Amend is governed by Rule 15 of the Federal Rules of Civil Procedure, which provides that leave to amend pleadings "shall be freely given when justice so requires." FED. R. CIV. P. 15(a). The Fifth Circuit has concluded that Rule 15(a) "evinces a bias in favor of granting leave to amend." *Goldstein v. MCI WorldCom*, 340 F.3d 238, 254 (5th Cir. 2003) (citations omitted).

In light of the bias in favor of granting leave to amend when requested prior to the amendment deadline, and absent any response by Defendants opposing the Motion to Amend, it is hereby

**ORDERED** that Plaintiff's Motion to Amend [Doc. # 16] is **GRANTED**.

SIGNED at Houston, Texas, this **14th** day of **October, 2010**.

_____
Nancy F. Atlas
United States District Judge